# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HORST KLEINBAUER,                                )<br>                                                                )<br>           Plaintiff,                                       )<br>                                                                )<br>     v.                                                        )<br>                                                                )<br>TIMOTHY ALAN HILLS, individually and d/b/a  )<br>Club Service Corp. International,                 )<br>                                                                )<br>           Defendant,                                    )<br>                                                                )<br>and                                                           )<br>                                                                )<br>TOWN OF STOUGHTON, DAVID M. COHEN,  )<br>and MANUEL CACHOPA,                          )<br>                                                                )<br>           Reach and Apply Defendants,       )<br>                                                                )<br>and                                                           )<br>                                                                )<br>UNITED STATES OF AMERICA,              )<br>                                                                )<br>           Plaintiff by intervention.              )<br>                                                                )<br>_____ ) | Civil Action No. 10-10562<br>(Formerly Civil No. 2007-00646,<br>*Norfolk Superior Court*) |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

To:

Sarah F. Jubinville, Esquire
Colucci, Colucci, Marcus & Flavin, P.C.
424 Adams Street
Milton, Massachusetts 02186

Issac H. Peres, Esquire
689 Massachusetts Avenue
Cambridge, Massachusetts 02767

Jeremy L. Kay, Esquire
Jeremy L. Kay, P.C.
36 North Bedford Street, C-20
East Bridgewater, Massachusetts 02333

John F. Gleavy, Esquire
Lynch & Lynch, P.C.
45 Bristol Drive
South Easton, Massachusetts 02375

John C. DeSimone, Esquire
Mitchell & DeSimone
101 Arch Street
Boston, Massachusetts 02110

Charles D. Mulcahy, Esquire
Wynn & Wynn, P.C.
90 New State Highway
Raynham, Massachusetts 02767

| | |
|---|---|
| Ilana M. Quirk, Esquire<br>Kopelman & Paige<br>101 Arch Street, Floor 12<br>Boston, Massachusetts 02110 | Timothy A. Hills<br>22 Bennington Terrace<br>Lowell, Massachusetts 01850 |
| David M. Cohen<br>115 Eagle Roack Road<br>Stoughton, Massachusetts 02072 | Manuel Cachopa<br>100 Columbus Avenue<br>Stoughton, Massachusetts 02072 |

Please take notice that the action styled *Horst Kleinbauer v. Timothy Alan Hills*, et al., Civil No. 2007-00646, now pending in Norfolk Superior Court in the Commonwealth of Massachusetts, is removed to the United States District Court for the District of Massachusetts, by and on behalf of the United States of America  The action is removable pursuant to the provisions of 28 U.S.C. § 1444, as the United States has intervened as a party in this action and, pursuant to 26 U.S.C. § 7424, "section 1444 of title 28 of the United States Code shall apply in any case in which the United States intervenes as if the United States had originally been named as a defendant in such action or suit."

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).  No prior removal of this action has been attempted.

A certified or attested copy of the state court record and a certified or attested copy of all state court docket entries will be filed within thirty days of this Notice as required by Local Rule 81.1(a).

JOHN A. DiCICCCO
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ *Austin L. Furman*
AUSTIN L. FURMAN
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-2007
Facsimile: (202) 514-5238
Email: Austin.L.Furman@usdoj.gov

*Local Counsel:*

CARMEN M. ORTIZ
United States Attorney

Dated: April 2, 2010

## CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice Of Removal To The United States District Court For The District Of Massachusetts has this 2nd day of April 2010 been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Sarah F. Jubinville, Esquire
Colucci, Colucci, Marcus & Flavin, P.C.
424 Adams Street
Milton, Massachusetts 02186

Issac H. Peres, Esquire
689 Massachusetts Avenue
Cambridge, Massachusetts 02767

Jeremy L. Kay, Esquire
Jeremy L. Kay, P.C.
36 North Bedford Street, C-20
East Bridgewater, Massachusetts 02333

Ilana M. Quirk, Esquire
Kopelman & Paige
101 Arch Street, Floor 12
Boston, Massachusetts 02110

David M. Cohen
115 Eagle Roack Road
Stoughton, Massachusetts 02072

John F. Gleavy, Esquire
Lynch & Lynch, P.C.
45 Bristol Drive
South Easton, Massachusetts 02375

John C. DeSimone, Esquire
Mitchell & DeSimone
101 Arch Street
Boston, Massachusetts 02110

Charles D. Mulcahy, Esquire
Wynn & Wynn, P.C.
90 New State Highway
Raynham, Massachusetts 02767

Timothy A. Hills
22 Bennington Terrace
Lowell, Massachusetts 01850

Manuel Cachopa
100 Columbus Avenue
Stoughton, Massachusetts 02072

   /s/ *Austin L. Furman*
AUSTIN L. FURMAN
Trial Attorney, Tax Division
United States Department of Justice